UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ANTHONY GRANADOS,

    Plaintiff,

    v.

MONTEREY COUNTY JAIL,

    Defendant.

Case No. 23-cv-01504-JSW

**ORDER OF DISMISSAL**

This case was dismissed with leave to amend on May 18, 2023. Plaintiff was granted 28 days to file an amended complaint and cautioned that if he did not do so, this case would be dismissed. Plaintiff has not filed an amended complaint or otherwise responded to the Court's order. Accordingly, this case is DISMISSED with prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: January 29, 2024

_____
JEFFREY S. WHITE
United States District Judge